The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WASHINGTON STATE MILITARY DEPARTMENT,<br><br>     Plaintiff,<br><br> v.<br><br>JOHN WORTHINGTON,<br><br>     Defendant. | NO. 3:11−CV−05143−BHS<br><br>DECLARATION OF BRIAN FALLER RE WASHINGTON STATE MILITARY DEPARTMENT'S MOTION FOR SUMMARY JUDGMENT |

I, Brian Faller, state and declare as follows:

1. I am over the age of eighteen years and a citizen of the United States. I am an Assistant Attorney General in the Office of Washington Attorney General and represent the plaint the Plaintiff, Washington State Military Department in this proceeding. .

2. The documents attached to this declaration as Exhibits 1-10 are true and correct copies of the documents referenced in the Washington State Military Department's Motion For Summary Judgment.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 5th day of May, 2011, at Olympia, Washington.

---

DECLARATION OF BRIAN FALLER
RE WASHINGTON STATE MILITARY
DEPARTMENT'S MOTION FOR
SUMMARY JUDGMENT --
3:11−CV−05143−BHS

1

ATTORNEY GENERAL OF WASHINGTON
Government Operations Division
7141 Cleanwater Drive SW
PO Box 40108
Olympia, WA 98504-0108
(360) 586-3636

1
2          /s/Brian Faller
           BRIAN FALLER
3          Assistant Attorney General
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION OF BRIAN FALLER           2          ATTORNEY GENERAL OF WASHINGTON
RE WASHINGTON STATE MILITARY                         Government Operations Division
DEPARTMENT'S MOTION FOR                                 7141 Cleanwater Drive SW
SUMMARY JUDGMENT --                                          PO Box 40108
3:11−CV−05143−BHS                                       Olympia, WA 98504-0108
                                                            (360) 586-3636